IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ADAM FITZPATRICK<br>1266 Landis Lane<br>Cincinnati, Ohio 45231<br><br>Plaintiff,<br><br>v.<br><br>PATRIOT ROOFING &<br>RESTORATION, LLC<br>11524 Grooms Rd.<br>Cincinnati, OH 45242<br><br>Defendant. | : : : : : : : : : : : : : | Case No.: 17-725<br><br><br><br><br><br>NOTICE OF VOLUNTARY<br>DISMISSAL PURSUANT TO<br>F.R.C.P. 41 (a)(1)(A)(i) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Adam Fitzpatrick, hereby gives notice that the above-captioned action in voluntarily dismissed against the Defendant, Patriot Roofing & Restoration, LLC.

Date: November 28, 2017

_____
Adam Fitzpatrick
1266 Landis Lane
Cincinnati, Ohio 45231
(859) 287-5879

cc: Patriot Roofing and Restoration, LLC
11524 Grooms Rd.
Cincinnati, Ohio 45242

